# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH M. ANDERSON, | ) | 3:16-cv-00056-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 13, 2017 |
| | ) | |
| STATE OF NEVADA, *ex rel* NDOC, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Enlargement of Time or Stay Defendants Motion for Summary Judgment (ECF No. 29).  Plaintiff requests an extension of thirty (30) days in which to file and serve his Opposition to Defendants' Motion for Summary Judgment (ECF No. 27).

Plaintiff's Motion for Enlargement of Time or Stay Defendants Motion for Summary Judgment (ECF No. 29) is **GRANTED** to the extent that Plaintiff shall have to and including **Wednesday, May 31, 2017**, in which to file and serve his Opposition to Defendants' Motion for Summary Judgment (ECF No. 27). Plaintiff's motion is **DENIED** in other respects.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:        /s/
Deputy Clerk