# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH M. ANDERSON, 

Plaintiff,

v.

JAMES "GREG" COX, *et al.,*

Defendants.

CASE NO.: 3:16-CV-00056-RCJ-WGC

**ORDER**

Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF #63[1]) entered on August 4, 2017, recommending that the Court deny Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 45). On August 8, 2017, Defendants filed their Objections to Report and Recommendation (ECF No. 65).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendation (ECF #63) entered on August 4, 2017, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 45) is DENIED.

IT IS SO ORDERED this 22nd day of August, 2017.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.