**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH M. ANDERSON, | CASE NO.: 3:16-CV-00056-RCJ-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES "GREG" COX, *et al.,* | |
| Defendants. | |

Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF #66[1]) entered on August 17, 2017, recommending that the Court grant Defendants' Motion For Summary Judgment (ECF No. 27), EXCEPT as to the retaliation claim against Defendant Parks. On August 24, 2017, Plaintiff filed his Objections to Report and Recommendation (ECF No. 69) and Defendants filed their Opposition to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (ECF No. 72) on September 9, 2017.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendation (ECF #66) entered on August 17, 2017, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Defendants' Motion For Summary Judgment (ECF No. 27)is GRANTED, EXCEPT as to the retaliation claim against Defendant Parks.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED this 20th day of September, 2017.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.