AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF   NEVADA

JOSEPH M. ANDERSON,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
  V.

                        CASE NUMBER: 3:16-CV-00056-RCJ-WGC

JAMES "GREG" COX, *et al.,*,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion For Summary Judgment (ECF No. 27)is GRANTED, EXCEPT as to the retaliation claim against Defendant Parks.

 September 20, 2017                                **DEBRA K. KEMPI**
                                                     Clerk

                                                  /s/ D. R. Morgan
                                                    Deputy Clerk