UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| JOSEPH M. ANDERSON, | ) | 3:16-cv-00056-RCJ-WGC |
|---|---|---|
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 12, 2017 |
| THE STATE OF NEVADA, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE OGDEN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's motion requesting an extension of his copy work limit in the amount of $25.00 (ECF No. 90). Plaintiff states he needs the extension for the purposes of copying legal documents, exhibits and pleadings during the discovery stages. (*Id.* at 1.) Due to the electronic filing program at the Lovelock Correctional Center, Plaintiff's need for copies will be substantially reduced or eliminated with the electronic filing program. Plaintiff will be retaining his original documents submitted for filing, and a copy will be electronically submitted to opposing counsel and the court. *See* Nevada Department of Corrections AR 723. It also preliminarily appears to the court that the discovery deadline may have expired. (*See*, ECF No. 92.)

It is the Court's understanding that copy rates at Nevada Department of Corrections facilities are generally $.10 per page. Plaintiff has not adequately demonstrated why he requires an additional 250 pages of copy work.

Plaintiff's motion (ECF No. 90) is **GRANTED IN PART.** Plaintiff's copy work limit shall be increased by **$15.00**. The Clerk shall send a copy of this order extending copy work to the Chief of Inmate Services for NDOP (P.O. Box 7011 Carson City, NV 89702) so that the funds can be properly allocated. Plaintiff should judiciously use additional allowance for copy work.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK
By: /s/
Deputy Clerk