# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH M. ANDERSON, | 3:16-cv-00056-RCJ-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | September 18, 2018 |
| THE STATE OF NEVADA ex rel NDOC, *et al.*, | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Request for Extension of Time (ECF No. 197). Plaintiff requests to and including November 5, 2018, in which to file his response to Defendant's Renewed Motion for Summary Judgment (ECF No. 193).

Plaintiff's Request for Extension of Time (ECF No. 197) is **GRANTED**. Plaintiff shall have to and including **November 5, 2018**, in which to file his response to Defendant's Renewed Motion for Summary Judgment (ECF No. 193).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
     Deputy Clerk